# 17-3568

---

UNITED STATES COURT OF APPEALS
FOR THE SECOND DISTRICT

---

WATERKEEPER ALLIANCE, INC.,

Plaintiffs – Counter – Defendant – Appellee,

v.

JEFFREY SALT,

Appellant,

SPIRIT OF UTAH WILDERNESS, INC.,
DBA GREAT SALT LAKEKEEPER,
DBA GREAT SALT LAKE WATERKEEPERS,

Defendant – Counter – Claimant

---

On Appeal from the United States District Court
for the Southern District of New York

---

Brief of Appellant Jeffrey Salt

Jeffrey Salt
723 E. Lisonbee Ave.
Salt Lake City, Utah 84106
801-485-2550