UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WATERKEEPER ALLIANCE INC.,

      Plaintiff,

 -against-              10-cv-1136 (NSR)
                   ORDER

SPIRIT OF UTAH WILDERNESS, INC.,
d/b/a GREAT SALT LAKEKEEPER, or
GREAT SALT LAKE WATER KEEPERS,
      Defendant.
-------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge:

Plaintiff Waterkeeper Alliance, Inc. ("Plaintiff") commenced this action asserting claims against Defendant Spirit of Utah Wilderness, Inc. ("SUW") and its officers for, *inter alia*, trademark infringement. By Opinion and Order, dated January 22, 2020, this Court granted Plaintiff's motion seeking to hold Defendant SUW, its officers, and Jeffrey Salt ("Mr. Salt") in further contempt and for an order of imprisonment. (ECF No. 171.) Pursuant to that Opinion and Order, the Court directed Mr. Salt, as an officer and principal of Defendant SUW, to surrender to the United States Marshal for the Southern District of New York, located at 300 Quarropas Street, White plains, New York, on March 23, 2020 by 2:00 pm to be incarcerated until such time as he purged himself of the contempt. (*Id.*) In light of recent COVID-19 pandemic affecting New York, and given to the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Court shall extend Mr. Salt's surrender date until June 5, 2020 at 2:00 pm.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/2020

Plaintiff's counsel is directed to serve a copy of this Order on Mr. Salt and to file proof of service on the docket.

Dated: March 23, 2020
      White Plains, New York

SO ORDERED

_____
NELSON S. ROMÁN
United States District Judge