UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WATERKEEPER ALLIANCE INC.,

          Plaintiff,

  -against-

SPIRIT OF UTAH WILDERNESS, INC.,
d/b/a GREAT SALT LAKEKEEPER, or
GREAT SALT LAKE WATER KEEPERS,
          Defendant.
-----------------------------------------------------------X

10-cv-1136 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

Plaintiff Waterkeeper Alliance, Inc. ("Plaintiff") commenced this action asserting claims against Defendant Spirit of Utah Wilderness, Inc. ("SUW") and its officers for, *inter alia*, trademark infringement. By Opinion and Order, dated January 22, 2020, this Court granted Plaintiff's motion seeking to hold Defendant SUW, its officers, and Jeffrey Salt ("Mr. Salt") in further contempt and for an order of imprisonment. (ECF No. 171.) Pursuant to that Opinion and Order, the Court directed Mr. Salt, as an officer and principal of Defendant SUW, to surrender to the United States Marshal for the Southern District of New York, located at 300 Quarropas Street, White plains, New York, on March 23, 2020 by 2:00 pm to be incarcerated until such time as he purged Defendant SUW and himself of the contempt. (*Id.*) On March 23, 2020, given the COVID-19 outbreak in New York, the Court issued an order extending Mr. Salt's date to surrender, or otherwise purge Defendant SUW and himself of contempt, until June 5, 2020 at 2:00 pm. (ECF No. 183.)

Presently before the Court is Mr. Salt's application for attorney services, without payment of fees, during his civil contempt proceedings. Mr. Salt has submitted a financial affidavit in support of his application. Given that the Court's Third Contempt Order implicates Mr. Salt's

liberty interests and Mr. Salt has demonstrated his financial need, the Court appoints the Federal Defenders of New York for the limited purpose of representing Mr. Salt during his contempt and civil confinement proceedings. See 18 U.S.C. § 3006A.

The Federal Defenders are directed to serve a copy of this Order on Mr. Salt via mail and to file proof of service on the docket.

Dated: March 24, 2020
      White Plains, New York

SO ORDERED

_____
NELSON S. ROMÁN
United States District Judge