UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WATERKEEPER ALLIANCE INC.,

                     Plaintiff,

      -against-                                 10-cv-1136 (NSR)

SPIRIT OF UTAH WILDERNESS, INC., d/b/a        ORDER
GREAT SALT LAKEKEEPER, or GREAT SALT
LAKE WATER KEEPERS,

                     Defendant.
------------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge:

       By Order dated March 24, 2020 (ECF No. 184), at the request of Jeffrey Salt ("Mr. Salt"), this Court appointed the Federal Defenders of New York for the limited purpose of representing Mr. Salt during his contempt and civil confinement proceedings.

       On May 29, 2020, the Court received an email from Mr. Salt's counsel, Susanne Brody, informing of Mr. Salt's dissatisfaction with counsel and requesting appointment of new C.J.A. counsel. Therefore, the Court hereby grants Mr. Salt's request, orders the substitution of current C.J.A. attorney Susanne Brody and assigns this matter to C.J.A. attorney Daniel Hochheiser.

       Furthermore, on March 23, 2020, given the COVID-19 outbreak in New York, the Court issued an order extending Mr. Salt's date to surrender, or otherwise purge Defendant Spirit of Utah Wilderness, Inc. ("SUW") and himself of contempt, until June 5, 2020 at 2:00 pm. (ECF No. 183.) Due to the ongoing COVID-19 pandemic, the Court hereby extends Mr. Salt's date to surrender to the United States Marshal for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York, until July 6, 2020 by 2:00 pm to be incarcerated until such time as he purge Defendant SUW and himself of the contempt.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2020

The Federal Defenders is directed to serve a copy of this Order on Mr. Salt and file proof of service on the docket.

Dated: June 2, 2020
      White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge