

**WACHTEL** MISSRY

NEW YORK · LOS ANGELES · FLORENCE

WWW.WMLLP.COM

**Jason L. Libou**

2I2 909-9535 DIR TEL

jlibou@wmllp.com

One Dag Hammarskjold

885 SECOND AVENUE
NEW YORK NY I0017

MAIN TEL 2I2 909-9500
FACSIMILE 2I2 37I -0320

July 22, 2020

<u>**Via PACER/ECF**</u>

The Honorable Nelson S. Román
United States Courthouse
300 Quarropas Street, Room 218
White Plains, New York 10601

> Re:      **Waterkeeper Alliance, Inc. v. Spirit of Utah Wilderness, Inc. et al.**
> <u>**Civil Action No.: 10-cv-1136**</u>

Dear Judge Román:

This law firm represents the plaintiff, Waterkeeper Alliance, Inc., in the above-captioned suit.  Earlier today, defendant Salt e-filed a letter motion requesting an extension of time for him to surrender to the U.S. Marshals Service for his repeated, willful violations of this Court's Orders. (ECF Doc. 190). Plaintiff respectfully requests an extension of time to respond to Salt's letter motion until Friday, July 24, 2020.

Thank you for the Court's attention to this matter.

Respectfully submitted,

**WACHTEL MISSRY LLP**

*Jason L. Libou*

Jason L. Libou, Esq.