**MEMO ENDORSED**



Jason L. Libou
212 909-9535 DIR TEL
jlibou@wmllp.com

**WACHTEL MISSRY**
NEW YORK · LOS ANGELES · FLORENCE
WWW.WMLLP.COM

One Dag Hammarskjold
885 SECOND AVENUE
NEW YORK NY 10017
MAIN TEL 212 909-9500
FACSIMILE 212 371-0320

July 22, 2020

The application is ✗ granted.
___ denied.

Nelson S. Román, U.S.D.J.
Dated: July 23, 2020
White Plains, New York 10601

<u>Via PACER/ECF</u>

The Honorable Nelson S. Román
United States Courthouse
300 Quarropas Street, Room 218
White Plains, New York 10601

Re: <u>Waterkeeper Alliance, Inc. v. Spirit of Utah Wilderness, Inc. et al.
Civil Action No.: 10-cv-1136</u>

Dear Judge Román:

    This law firm represents the plaintiff, Waterkeeper Alliance, Inc., in the above-captioned suit. Earlier today, defendant Salt e-filed a letter motion requesting an extension of time for him to surrender to the U.S. Marshals Service for his repeated, willful violations of this Court's Orders. (ECF Doc. 190). Plaintiff respectfully requests an extension of time to respond to Salt's letter motion until Friday, July 24, 2020.

    Thank you for the Court's attention to this matter.

Respectfully submitted,

**WACHTEL MISSRY LLP**

*Jason L. Libou*

Jason L. Libou, Esq.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2020

092485-001/00245222-1