Jeffrey Salt,
723 East Lisonbee Ave.
Salt Lake City, Utah  84106
Phone: (801) 485-2550
Email:  jeffsalt44@gmail.com
*Non party to action*
*Pro se*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATERKEEPER ALLIANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SPIRIT OF UTAH WILDERNESS, INC., d/b/a/ GREAT SALT LAKEKEEPER, or GREAT SALT LAKEKEEPERS, <br><br> Defendant. | **NOTICE OF APPEAL** <br><br><br> Case #: 10-cv-1136 (NSR) <br><br> Judge: Honorable Nelson S. Román |
| SPIRIT OF UTAH WILDERNESS, INC., d/b/a/ GREAT SALT LAKEKEEPER, or GREAT SALT LAKEKEEPERS, <br><br> Counterclaimant, <br><br> v. <br><br> WATERKEEPER ALLIANCE, INC., <br><br> Counterdefendant. | |

## NOTICE OF APPEAL

Notice is hereby given that Jeffrey Salt, an individual and non party to the above captioned matter, but the subject of an Order issued by the Court, appeals to the United States Court of Appeals, Second Circuit, the Order of the Court, ECF 194, issued on July 29, 2020.

DATED this 27th day of August, 2020.

/s/ Jeffrey Salt

Jeffrey Salt
723 East Lisonbee Ave.
Salt Lake City, UT 84106
Phone: (801) 485-2550
Email: jeffsalt44@gmail.com