USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2020

*Law Offices of*
*Daniel A. Hochheiser*
Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com

(646) 863-4246

November 25, 2020

Via ECF and email
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

MEMO ENDORSED: The application is granted. Jeffrey Salt's date to surrender or purge himself of civil contempt is extended to **January 15, 2021.**
Jeffrey Salt must continue to comply with all other aspects of the Court's January 22, 2020 order and continue to take all steps to avoid any conduct determined by the Court to be contemptuous. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 207.

SO ORDERED:

Dated: 11/27/2020
White Plains, NY

NELSON S. ROMÁN
United States District Judge

Re: *Waterkeeper Alliance, Inc. v. Spirit of Utah Wilderness, Inc.*, 10 CV 1136 (NSR-LMS)
REQUEST FOR EXTENSION OF TIME TO SURRENDER,
OR PURGE CIVIL CONTEMPT

Your Honor:

By ECF document 205, Your Honor extended Jeffrey Salt's date to surrender to the U.S. Marshalls for the Southern District of New York, located at 300 Quarropas Street, White Plains, N.Y., until November 30, 2020.

My client, **Jeffrey Salt, requests an extension** of the surrender/purge date currently scheduled for November 30, 2020 **to a date on or after January 2, 2021**. Mr. Salt, a non-party to the underlying case, is currently present in the State of Utah. Utah is among the states covered by New York State's November 3, 2020 travel advisory. https://coronavirus.health.ny.gov/covid-19-travel-advisory. This recent advisory provides for a testing and quarantine regiment for all travelers to New York from states not contiguous to New York with exceptions for some travelers outside the State for a short time and for essential workers. https://coronavirus.health.ny.gov/system/files/documents/2020/11/interm_guidance_travel_advisory.pdf

Therefore, travelers from Utah to New York are required to quarantine for 14 days upon arrival in New York or to quarantine until testing out of quarantine. This travel restriction seeks to protect New Yorkers against new COVID-19 infections carried into New York from other states, like Utah, which, unfortunately, may not have treated the pandemic with the same precautions as New York State has for the past several months. By Order #2020-25 issued on November 20, 2020 at 4pm by the State of Utah, Utah imposed temporary Statewide COVID-19 restrictions including a mask mandate and other precautions because: "COVID-19 has and continues to spread and cause serious illness and death to Utah residents, threatening public health and wellness throughout the State." https://www.abc4.com/coronavirus/live-soon-

1

governor-herbert-and-local-leaders-to-give-a-pandemic-update/. Utah has seen a "sharp increase" in COVID-19 cases according to Order #2020-25. Utah's temporary Order will remain in effect until December 8, 2020 unless modified and/or extended.

Given the COVID-19 pandemic and the significant COVID-19 issues extant in the State of Utah, which could pose a risk of infection to residents of New York, including the Federal Marshalls, New York inmates, correction officers and others, including Salt, Salt requests an extension of the surrender/purge date to a date on or after January 2, 2021.

This application should be granted in the interest of justice. An adjournment to a date in January 2021 makes sense because the ongoing COVID-19 pandemic is currently increasing in severity throughout the United States, and, thus, makes travel from Utah to New York risky for Salt, a 61-year-old man and those Salt could come into contact with if he were to travel to New York from Utah and surrender in White Plains on November 30, 2020[1].

Respectfully submitted,

Daniel A. Hochheiser

Cc: all counsel via ECF

---

[1] On March 17, 2020, Salt was treated at the Emergency Department of St. Mark's Hospital in Salt Lake City, UT for cough, shortness of breath, and fever; he was diagnosed with influenza-like symptoms.