**MEMO ENDORSED**

**Law Offices of
Daniel A. Hochheiser**

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

February 22, 2021

Via ECF and email
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  *Waterkeeper Alliance, Inc. v. Spirit of Utah Wilderness, Inc.*, 10 CV 1136 (NSR-LMS)
REQUEST TO BE RELIEVED AS COUNSEL AND APPOINTMENT OF NEW CJA COUNSEL FOR JEFFREY SALT

Your Honor:

    Pursuant to the Criminal Justice Act, Your Honor appointed me on June 2, 2020 to represent Jeffrey Salt "for the limited purpose of representing Mr. Salt during his contempt and civil confinement proceedings" (ECF 187). After representing Salt for several months, I must now request that the Court relieve me as assigned counsel to Salt. The reason for this request is that counsel and Salt have irreconcilable differences about how the ongoing contempt matter should be handled going forward. Salt has made it clear to me that he wants new counsel assigned. I join in his request for substitution of counsel to defend Salt during his contempt and civil confinement proceedings. Salt has specifically requested that Your Honor be informed that he seeks appointment of new counsel with expertise in both federal civil litigation and intellectual property issues underlying the lawsuit giving rise to the contempt orders.

                                  Respectfully submitted,

                                  Daniel A. Hochheiser

Cc: all counsel via ECF

---

The Court grants counsel's and Jeffrey Salt's request to relieve current C.J.A. counsel Daniel Hochheiser. The Court appoints C.J.A. counsel Joseph Vita for the limited purpose of representing Mr. Salt during his contempt and civil confinement proceedings. Relieved counsel is directed to serve a copy of this Order on Mr. Salt and file proof of service on the docket. Clerk of Court requested to terminate the motion (doc. 217).
Dated: March 9, 2021
SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2021

1