USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2021

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
e-mail: joev63542@aol.com

> The application is denied without prejudice to renew. Mr. Salt is not required to surrender to the Court until May 1, 2021. The Clerk of the Court is directed to terminate the motion at ECF No. 221.
>
> SO ORDERED:
>
> *[signature]*
>
> NELSON S. ROMÁN
> United States District Judge
>
> Dated: 3/15/2021
> White Plains, NY

VIA ECF

March 15, 2021

Hon. Nelson S. Roman
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    re:    Waterkeeper Alliance, Inc. v. Spirit of Utah Wilderness, Inc., 10 CV 1136 (NSR-LMS)

Dear Judge Roman:

    Pursuant to the Criminal Justice Act, on March 9, 2021 I was appointed to represent Jeffrey Salt in place of his prior CJA counsel, Daniel Hochheiser, "for the limited purpose of representing Mr. Salt during his contempt and civil confinement proceedings." I am the 3rd attorney appointed.

    I received counsel's case file on March 10, 2021and had an initial teleconference with Mr. Salt on March 11, 2021. In the last 5 days I have reviewed prior counsel's case file and the Court docket, including all applicable court orders and all recent and pending motions, and proceedings in the second circuit in an effort to get up to speed with what the case is about.

    What is apparent to me is: 1) there is a court order (doc. 218; 2-22-21) which requires Mr. Salt to surrender to the U.S. Marshalls to begin serving a period of incarceration for civil contempt of court and the surrender date has been stayed multiple times; most recently to May 1, 2021; 2); 2) Mr. Salt has taken some affirmative action to comply with the terms of the Court's previous orders; 3) the current stay is conditioned upon Mr. Salt taking additional affirmative actions to comply with requirements of the court's orders with deadlines of 21 days (today) for posting of a court mandated statement; and 30 days (3-24-21) for other conditions; and 4) this is a complicated civil trademark case spanning over a decade of proceedings involving numerous documents which must be reviewed and legal issues that need to be adequately researched so that I can fulfill my obligation to properly represent my new client, notwithstanding the fact that this is a limited assignment.

    We are also still in the midst of a pandemic with all the difficulties that interstate travel and custody surrender entails, as have been outlined in prior counsel's multiple applications for stays. Mr. Salt is a 61 year old Utah resident and still not eligible for COVID vaccination.

MEMO ENDORSED

      My request is that the Court extend the surrender /purge date until July 30, 2021, and that the Court further extend any deadline for interim compliance until May 1, 2021.  With this additional extension to a date after July, 4, 2021, a greater percentage of the population will be vaccinated and, hopefully, with herd immunity possibly in reach, conditions will become more normalized to an acceptable degree.

      Further, this will give me an adequate time to review all matters in this case file and docket, as well as all completed and pending relevant 2nd Circuit proceedings; research any potential available defenses, so that I can advise Mr. Salt consistent with my professional obligation under the CJA Act.

      Thank you for considering this request.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita