**From:** jeffsalt44@gmail.com,
**To:** joev63542@aol.com,
**Subject:** Disclaimer on LinkedIn
**Date:** Mon, Mar 15, 2021 9:17 pm
**Attachments:** Jeff Salt _ LinkedIn.pdf (621K)

Joe,

Attached is a screen shot of my LinkedIn page that shows the disclaimer statement. I don't know how to eliminate the messenger box from the screen shot, or get the entire message shrunk down to fit within the text space, but this provides evidence that I complied.

Thanks,
Jeff

EXHIBIT A


Case 7:10-cv-01136-NSR   Document 223-1   Filed 04/28/21   Page 2 of 5

https://www.linkedin.com/in/jeffsalt-28798795/?msgControlName=repl...

Jeff Salt
Owner, Cosmic Aeroplane

Home | My Network | Jobs

Add profile section | More...

Messaging

1 of 4                                                                                3/15/2021, 7:10 PM









Name: Jeffrey Salt | DOB: 7/27/1959 | MRN: 06383830 | PCP: Joanne N Rolls, PA-C

# Messaging

**University of Utah Health**
04/20/2021 02:20 PM

COVID-19 Vaccine - Pfizer appointment openings available

April 20, 2021

Dear Jeffrey:

You are eligible to receive a COVID-19 Vaccine at University of UtahHealth.

Please use this link to schedule your COVID-19 Vaccine through MyChart.

To learn more about COVID-19 vaccines, click here. If you have questions or need assistance scheduling, please call 801-587-0712.

If you have already scheduled an appointment, please disregard.

Sincerely,

University of Utah Health

The sender indicated replies are not allowed.

Oldest message loaded from 7/27/2020

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

EXHIBIT B

Name: Jeffrey Salt | DOB: 7/22/1959 | MRN: 06383830 | PCP: Joanne N Rolls, PA-C

## Messaging

**MyChart**
04/27/2021 08:11 AM

### Get Ready for Your Upcoming Appointment

You have an appointment coming up on **5/04/21** at **11:30 AM** with **Trauma & Emergency Surgery**.

To make the best use of your time during the appointment, your provider would like you to provide some information ahead of time.

Please go to the appointment details page to update your information and complete your Pre-Visit Checklist.

The sender indicated replies are not allowed.

---

Oldest message loaded from 7/27/2020

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

EXHIBIT C