

**Jason L. Libou**
212 909-9535 DIR TEL
jlibou@wmllp.com

**WACHTEL MISSRY**
NEW YORK · LOS ANGELES · FLORENCE
WWW.WMLLP.COM

One Dag Hammarskjold
885 SECOND AVENUE
NEW YORK NY 10017
MAIN TEL 212 909-9500
FACSIMILE 212 371-0320

June 24, 2021

<u>Via PACER/ECF</u>

The Honorable Nelson S. Román
United States Courthouse
300 Quarropas Street, Room 218
White Plains, New York 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2021
```

**MEMO ENDORSED**

      **Re:**  <u>Waterkeeper Alliance, Inc. v. Spirit of Utah Wilderness, Inc. et al.
         Civil Action No.: 10-cv-1136</u>

Dear Judge Román:

  This law firm represents the plaintiff, Waterkeeper Alliance, Inc. ("Plaintiff"), in the above-captioned suit.

  On June 1, 2021, the Court granted the eighth letter motion filed by defendant Jeffrey Salt ("Salt") to extend the deadline for him to surrender to the U.S. Marshals Service due his repeated, willful violations of this Court's Orders from May 1, 2021 until August 1, 2021 <u>on the express condition that Salt provide the financial affidavit and responses to Plaintiff's interrogatories and document requests as required by this Court's prior orders on or before June 22, 2021</u>. (ECF Doc. 227, emphasis supplied). Salt has <u>not</u> complied with <u>any</u> of the requirements imposed by the Court as a condition of the surrender date extension by completely failing to provide the financial affidavit and responses to Plaintiff's discovery requests.

  Accordingly, Plaintiff respectfully requests that the Court reinstate the previously imposed penalty of imprisonment and require Salt to surrender to the U.S. Marshal by no later than Wednesday, June 30, 2021. Salt cannot be permitted to continue flagrantly disregarding this Court's Orders without consequence, which he will obviously continue to do unless he is imprisoned.

  Thank you for the Court's attention to this matter.

                   Respectfully submitted,

                   **WACHTEL MISSRY LLP**

                   *Jason L. Libou*

Mr. Salt is directed to respond to Plaintiff and the Court on or before July 9, 2021.

                   Jason L. Libou, Esq.

SO ORDERED:

Dated: 6/25/2021
White Plains, NY

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

092485-001/00289989-1