USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2021

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

> Mr. Salt's request is granted. Mr. Salt must comply with this Court's prior orders on or before August 15, 2021. In light of the COVID-19 pandemic and limited in-person proceedings in the courthouse, Mr. Salt's time to surrender/purge is extended to September 10, 2021. **This is a final extension.**

VIA ECF

July 9, 2021

Hon. Nelson S. Roman
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Dated: 7/12/2021
White Plains, NY

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:   Waterkeeper Alliance, Inc. v. Spirit of Utah Wilderness, Inc., 10 CV 1136 (NSR-LMS)

Dear Judge Roman:

  I am writing on behalf of Mr. Salt as directed by the Court in its 6/25/21 order, to respond to plaintiff's June 24, 2021, letter motion to reinstate the penalty of imprisonment and require Mr. Salt's surrender to the U.S. Marshal.

  Mr. Salt has complied with the terms of the Court's previous orders regarding posting of disclaimer statement and removing references and use of Great Salt Lakekeeper. However, Mr. Salt has not paid any fines to date and still has not complied with providing the information list and financial documentation required by the Court's previous orders.

  It is Mr. Salt's intention to provide the financial and written materials required by the Court's previous orders. However, because of a series of further medical complications, as described in the attached e-mail, Mr. Salt has been unable to comply to date. Medical documentation was previously filed as attachments with the prior 5/29/21 letter motion (document 227). I am further attaching a copy of Mr. Salt's recent GI test results. In view of these medical issues, Mr. Salt is requesting a further extension in the time to provide the requested financial affidavit and documentation. He is requesting that the Court extend the compliance date until August 15, 2021 and extend the surrender/purge date until September 1, 2021.

  Thank you for considering this request.

Respectfully submitted,

/S/ Joseph A. Vita
Joseph A. Vita

*MEMO ENDORSED*