Jeffrey Salt,
723 East Lisonbee Ave.
Salt Lake City, Utah  84106
Phone: (801) 485-2550
Email:  jeffsalt44@gmail.com
*Non party to action*
*Pro se*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 14 2021

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WATERKEEPER ALLIANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SPIRIT OF UTAH WILDERNESS, INC., d/b/a/ GREAT SALT LAKEKEEPER, or GREAT SALT LAKEKEEPERS, <br><br> Defendant. | **NOTICE OF APPEAL** <br><br><br> Case #: 10-cv-1136 (NSR) <br><br> Judge: Honorable Nelson S. Román |
| SPIRIT OF UTAH WILDERNESS, INC., d/b/a/ GREAT SALT LAKEKEEPER, or GREAT SALT LAKEKEEPERS, <br><br> Counterclaimant, <br><br> v. <br><br> WATERKEEPER ALLIANCE, INC., <br><br> Counterdefendant. | |

## NOTICE OF APPEAL

Notice is hereby given that Jeffrey Salt, an individual and non party to the above captioned matter, but the subject of an Order issued by the Court, appeals to the United States Court of Appeals, Second Circuit, the Order of the Court, ECF 250, issued on November 16, 2021.

DATED this 14th day of December, 2021.

/s/  Jeffrey Salt

Jeffrey Salt
723 East Lisonbee Ave.
Salt Lake City, UT 84106
Phone: (801) 485-2550
Email: jeffsalt44@gmail.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of this **Notice of Appeal** was served on December 14, 2021 by the Court's electronic filing system to the following:

Mr. Jason L. Libou
c/o Wachtel, Missry
One Dag Hammarskjold Plaza
885 Second Avenue
New York, NY 10017


DATED this 14th day of December, 2021.


                                                         /s/  Jeffrey Salt

                                                          Jeffrey Salt