S.D.N.Y. – W.P.
10-cv-1136
Roman, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of March, two thousand twenty-two.

Present:
    Rosemary S. Pooler,
    Richard C. Wesley,
    Steven J. Menashi,
        *Circuit Judges.*

---

Waterkeeper Alliance, Inc.,

    *Plaintiff-Counter-Defendant-Appellee,*

v.

Jeffrey Salt,

    *Appellant,*

Spirit of Utah Wilderness, Inc., DBA Great Salt Lakekeeper,
DBA Great Salt Lake Water Keepers,

    *Defendant-Counter-Claimant.*

20-632 (L),
20-3007 (Con),
21-2523 (Con),
21-2623 (Con),
21-2684 (Con),
21-3042 (Con)

---

Appellant, pro se, moves for appointment of Criminal Justice Act ("CJA") counsel. Appellant is currently represented by CJA counsel, Joseph A. Vita, in the district court. Upon due consideration, it is hereby ORDERED that the motion is GRANTED, in part, and Attorney Vita shall represent Appellant in these appeals. It is further ORDERED that the motion is DENIED, in part, to the extent Appellant requests substitute CJA counsel.

Counsel is directed to (1) file a notice of appearance on behalf of Appellant; (2) file a scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2; and (3) brief, among other issues, whether the Court has jurisdiction over the appeals

docketed under 21-2523 (Con), 21-2623 (Con) and 21-3042 (Con). Attorney Vita is directed to review Local Rule 31.2 regarding procedures for setting the filing dates for the submission of briefs.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*Catherine O'Hagan Wolfe*

2

United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: March 16, 2022
Docket #: 20-632
Short Title: Waterkeeper Alliance, Inc. v. Spirit of Utah Wilderness, Inc

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 10-cv-1136
DC Court: SDNY (WHITE PLAINS)DC Docket #: 10-cv-1136
DC Court: SDNY (WHITE PLAINS)DC Docket #: 10-cv-1136
DC Court: SDNY (WHITE PLAINS)DC Docket #: 10-cv-1136
DC Court: SDNY (WHITE PLAINS)DC Docket #: 10-cv-1136
DC Court: SDNY (WHITE PLAINS)DC Docket #: 10-cv-1136
DC Court: SDNY (WHITE PLAINS)
DC Judge: Roman
DC Judge: Smith

## NOTICE of the APPOINTMENT of CJA COUNSEL

This Court has appointed counsel to represent you in your appeal pursuant to the Criminal Justice Act. Appointed counsel is:

Name: Joseph A. Vita

Firm: Joseph A. Vita

Address: 52 Irenhyl Avenue, Port Chester, NY 10573

Phone No: 914-939-5401

Please see the enclosed copy of this court's order of appointment.

Please direct all future correspondence and other communications to your appointed counsel.

Inquiries regarding this case may be directed to 212-857-8512.