USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 02 2022

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of April, two thousand twenty-two.

Before:     Barrington D. Parker,
               Joseph F. Bianco,
               Myrna Pérez,
                  *Circuit Judges,*

Waterkeeper Alliance, Inc.,

    *Plaintiff-Counter-Defendant-Appellee*,

v.

Jeffrey Salt,

    *Appellant*,

Spirit of Utah Wilderness, Inc., DBA Great Salt Lakekeeper, DBA Great Salt Lake Water Keepers,

    *Defendant-Counter-Claimant*.

**ORDER**

Docket Nos. 20-632(L),
20-3007(Con), 21-2523(Con),
21-2623(Con), 21-2684(Con),
21-3042(Con).

Appellant seeks a stay of enforcement of the order of imprisonment and resulting arrest warrant pending resolution of this appeal.

Upon due consideration, it is hereby ORDERED that the motion for a stay pending appeal is DENIED. It is further ORDERED that the appeal is expedited. Appellant's principal brief and the appendix are due May 18, 2022; and Appellee's answering brief is due June 6, 2022. The appeal shall be heard as soon as practicable after briefing is completed.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/29/2022