# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT
_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 13 2023

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of January, two thousand twenty-three.

_____

Waterkeeper Alliance, Inc.,

    Plaintiff-Appellee,

v.

Jeffrey Salt,

    Appellant.

_____

**STATEMENT OF COSTS**

Docket Nos. 20-632(L),
20-3007(Con),
21-2523(Con),
21-2623(Con),
21-2684(Con),
21-3042(Con)

    IT IS HEREBY ORDERED that costs are taxed in the amount of $198.20 in favor of the Appellee.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/13/2023