```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
WATERKEEPER ALLIANCE INC.,                                   :
                                                             :
              Plaintiff,                 :       10-cv-1136 (NSR)
    -against-                                              :       ORDER
                                                             :
SPIRIT OF UTAH WILDERNESS, INC.,                             :
d/b/a GREAT SALT LAKEKEEPER, or                              :
GREAT SALT LAKE WATER KEEPERS,                               :
              Defendant.                 :
-------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge:

      The Court has reviewed the parties' letters concerning Jeffrey Salt's intent to purge his contempt.  (*See* ECF Nos. 274 & 275.) It is hereby:

      ORDERED that the above case is scheduled for **a Telephonic Status Conference on Wednesday, February 22, 2023 at 2:30 pm EST.**

      Any interested party may listen via teleconference. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334** #; **(3) Press pound** (#) **to enter the teleconference as a guest.**

Dated:  February 21, 2023
         White Plains, New York

                                                    SO ORDERED.

                                                    NELSON S. ROMÁN
                                                   United States District Judge